# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 264 MAL 2018

        Respondent                               :

                                       :   Petition for Allowance of Appeal from
                                       :   the Order of the Superior Court

        v.                                         :

BRIAN CHARLES WINTER,                  :

        Petitioner                               :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.